HONOUR B. GELSON, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued April 24, 1933; decided May 23, 1933.)

*Joseph J. Schwartz* and *John M. Wilson* for appellant.

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly*, *Willard S. Allen* and *Thomas W. A. Crowe* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.